# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 25-12109

————————————————

In Re: 700 TRUST,

*Debtor.*

————————————————————————

700 TRUST,

*Plaintiff-Appellant,*

*versus*

NAPLES PROPERTY HOLDING COMPANY, LLC.,
NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC.,
NAPLES BEACH CLUB PHASE II AND III LAND TRUST
TRUSTEE, LLC.,
NBC CLUB OWNER, LLC.,
TIDES NOTE ON NOTE LENDER I, LLC.,

*Interested Parties-Appellees.*

————————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:24-cv-00237-MW-ZCB

————————————————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 28, 2025

For the Court: DAVID J. SMITH, Clerk of Court